# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEIDI SUPPLY CHAIN MANAGEMENT CORP., a California corporation,<br><br>      Plaintiff,<br>  vs.<br><br>JOCO SALES AND MARKETING, LLC, a Kansas limited liability corporation; and DOES 1-10, inclusive.<br>      Defendants.<br><br>AND ALL RELATED ACTIONS | **Case No. 2:21-cv-01593 SVW (RAOx)**<br><br>[~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER |

FOR GOOD CAUSE SHOWN, the Stipulation for Protective Order submitted by Plaintiff and Counter-Defendant Feidi Supply Chain Management Corp. and Defendant and Counter-Claimant JOCO Sales and Marketing, LLC is hereby APPROVED and made the ORDER of this Court.

**IT IS SO ORDERED.**

DATED: October 4, 2021

*/s/ Rozella A. Oliver*
_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge

- 1 -