JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| FEIDI SUPPLY CHAIN MANAGEMENT CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOCO SALES AND MARKETING, INC. a Kansas corporation, erroneously sued as JOCO SALES AND MARKETING, LLC; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-01593-SVW (RAOx)<br><br>Hon. Stephen V. Wilson, Courtroom 10A<br><br>**ORDER OF DISMISSAL OF CASE WITH PREJUDICE**<br><br>Action filed: February 20, 2021 |

AND RELATED COUNTERCLAIMS

- 1 -
[PROPOSED] ORDER OF DISMISSAL OF CASE WITH PREJUDICE

Pursuant to the parties' Joint Stipulation Requesting Dismissal With Prejudice of the Case, and GOOD CAUSE being shown therefore, the Court hereby APPROVES the Stipulation and **ORDERS** as follows:

1. The above-captioned action, including all claims, counterclaims and third-party claims stated herein against all parties to the action, is hereby dismissed WITH PREJUDICE in its entirety, with each party to bear its own attorneys' fees and costs incurred in the action.

2. This Court expressly retains jurisdiction over the parties and the action to enforce Feidi Supply Chain Management Corp and Joco Sales and Marketing, Inc.'s November 19, 2021 Settlement Agreement. The Court finds that this retention of jurisdiction is a necessary and proper term pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS HEREBY FURTHER ORDERED AS FOLLOWS:**

Dated: December 1, 2021      _____
                             Hon. Stephen V. Wilson
                             United States District Judge